UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD T. ISLAM,

                Plaintiff,

-against-

UNITED STATES POSTAL SERVICE, et al.,

                Defendants.

24-CV-10065 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action invoking the Court's federal question jurisdiction. He alleges that during his employment at the United States Postal Service ("USPS") in 2013, he experienced discrimination. The Court dismisses the complaint for the following reasons.

    On the same day Plaintiff filed this action, he filed a substantially similar complaint against the USPS and many of the same defendants. *See Islam v. United States Postal Serv.*, No. 24-CV-10064. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 24-CV-10064.

## CONCLUSION

    Plaintiff's complaint is dismissed as duplicative of *Islam*, No. 24-CV-10064.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:    January 10, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge