UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMMAD T. ISLAM,<br><br>                           Plaintiff,<br><br>       -against-<br><br>UNITED STATES POSTAL SERVICE, ET AL.,<br><br>                           Defendants. | 24-cv-10065(LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the January 10, 2025, order, this action is dismissed as duplicative of Islam, No. 24-cv-10064.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 14, 2025
         New York, New York

                                                /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                       Chief United States District Judge